UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEADCLICK MEDIA,            No. C-11-04423 DMR

    Plaintiff(s),            **ORDER TO SHOW CAUSE**

    v.

LEANSPA LLC,

    Defendant(s).

_____/

    Defendants' motion to dismiss is set for a hearing on December 8, 2011. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendants' motion was due on October 25, 2011, but no such opposition has been received. <u>Plaintiff Leadclick Media, Inc. is ORDERED to SHOW CAUSE for its failure to respond to the motion by October 31, 2011. It is further ORDERED to submit its opposition or a statement of nonopposition to Defendants' motion to dismiss as an attachment to its response this order.</u> If Plaintiff Leadclick Media, Inc. does not respond by October 31, 2011, Defendants' motion may be granted.

    IT IS SO ORDERED.

Dated: October 27, 2011



DONNA M. RYU
United States Magistrate Judge