| | |
|---|---|
| 1 | JEFFREY H. LOWENTHAL (State Bar No. 111763) |
| 2 | EDWARD EGAN SMITH (State Bar No. 169792) |
|   | DANA M. ANDREOLI (State Bar No. 262068) |
| 3 | STEYER LOWENTHAL BOODROOKAS |
|   |  ALVAREZ & SMITH LLP |
| 4 | One California Street, Third Floor |
|   | San Francisco, California 94111 |
| 5 | Telephone: (415) 421-3400 |
|   | Facsimile:  (415) 421-2234 |
| 6 | Attorneys for Plaintiff LeadClick Media, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEADCLICK MEDIA, INC., a California corporation, | Case No.:  11-CV-04423 DMR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER ON TIMING FOR FILING OPPOSITION MEMORANDUM TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO CONTINUE HEARING DATE |
| vs. | |
| LEANSPA, LLC, a Connecticut limited liability company, NUTRASLIM UK LTD., form of entity unknown, NUTRASLIM, LLC, Connecticut limited liability company, NEWAGE OPT IN INC., a Florida corporation, MEDIA NETWORK, INC., a Connecticut corporation, and BORIS MIZHEN, an individual, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER ON TIMING FOR FILING OF OPPOSITION AND TO CONTINUE HEARING DATE

s:\F\LeanSpa\Pleadings\102811.Motion.Dismiss.Stipulation

Pursuant to Local Rule 6-2, Plaintiff LeadClick Media, Inc. and Defendant Boris Mizhen hereby stipulate to an extension to December 6, 2011 for Plaintiff to file its brief in opposition of Defendant Boris Mizhen's motion to dismiss (Dkt. #12). Plaintiff's original date to oppose Defendant's motion was October 25, 2011. Defendant's reply brief therefore will be due on December 13, 2011. Plaintiff and Defendant also stipulate to continue the date of the hearing, originally set for December 8, 2011, to January 26, 2012.

Dated:  October 28, 2011

Respectfully submitted,

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

*/s/  Edward Egan Smith*
Jeffrey H. Lowenthal
Edward Egan Smith
Dana M. Andreoli
Attorneys for Plaintiff LeadClick Media, Inc.

AOKI LAW PLLC

*/s/  Russell M. Aoki*
Russell M. Aoki
Attorneys for Defendants Boris Mizhen, Leanspa, LLC, NutraSlim UK Ltd., Nutraslim, LLC, Newage Opt In Inc., and Media Network, Inc.

- 1 –
STIPULATION AND [PROPOSED] ORDER ON TIMING FOR FILING OF OPPOSITION AND TO CONTINUE HEARING DATE

1  **ORDER (Civ.L.R. 7-12)**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6  Dated: October 28, 2011

   GRANTED
   *Donna M. Ryu*
   Judge Donna M. Ryu

   _____
   DONNA M. RYU
   UNITED STATES MAGISTRATE JUDGE

- 2 –
STIPULATION AND [~~PROPOSED~~] ORDER ON TIMING FOR FILING OF OPPOSITION AND TO CONTINUE HEARING DATE