UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADCLICK MEDIA,<br><br>        Plaintiff,<br><br>   v.<br><br>LEANSPA LLC,<br><br>        Defendant.<br>_____/ | No. C-11-04423 DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The court is in receipt of the parties' stipulation and proposed order on the timing for filing an opposition to Defendant's Motion to Dismiss and to continue the hearing date (Docket No. 19), which contains an explanation for Plaintiff's failure to timely file an opposition to the Motion to Dismiss. Accordingly, the October 27, 2011 Order to Show Cause (Docket No. 18) is discharged. Plaintiff need not file any further response to the Order to Show Cause.

      IT IS SO ORDERED.

Dated: October 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge