```
 1 │ Jeffrey H. Lowenthal  (State Bar No. 111763)
   │ Edward Egan Smith (State Bar No. 169792)
 2 │ Dana Andreoli (State Bar No. 262068)
   │ STEYER LOWENTHAL BOODROOKAS
 3 │   ALVAREZ & SMITH LLP
   │ One California Street, Third Floor
 4 │ San Francisco, California 94111
   │ Telephone: (415) 421-3400
 5 │ Facsimile: (415) 421-2234
   │
 6 │ Attorneys for Plaintiff LeadClick Media, Inc.
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │             NORTHERN DISTRICT OF CALIFORNIA
10 │                   (San Francisco Division)
11 │
12 │ LEADCLICK MEDIA, INC., a California  )  CASE NO. C11-04423 DMR
   │ corporation,                         )
13 │                                      )
   │                                      )
14 │             Plaintiff,                )  STIPULATION AND [PROPOSED]
   │ v.                                   )  ORDER FOR DISMISSAL OF
15 │                                      )  DEFENDANT BORIS MIZHEN
   │ LEANSPA, LLC, a Connecticut limited  )  WITHOUT PREJUDICE
16 │ liability company; NUTRASLIM UK LTD.,)
   │ form of entity unknown; NUTRASLIM,   )
17 │ LLC, a Connecticut limited liability )
   │ company; NEWAGE OPT IN INC., a       )
18 │ Florida corporation; MEDIA NETWORK,  )
   │ INC., a Connecticut corporation; and BORIS )
19 │ MIZHEN, an individual,               )
   │                                      )
20 │                                      )
   │             Defendants.              )
21 │                                      )
   │ _____ )
22 │
```

Plaintiff LeadClick Media, Inc. and Defendants Leanspa, LLC, Nutraslim UK Ltd., Nutraslim, LLC, Newage Opt In Inc., Media Network, Inc., and Boris Mizhen (collectively "Defendants") hereby enter into the following stipulation, through counsel.

WHEREAS Plaintiff filed its complaint herein against Defendants on September 6, 2011;

WHEREAS Defendants Leanspa, LLC, Nutraslim UK, Ltd., Nutraslim, LLC, Newage Opt In Inc., and Media Network, Inc. filed and Answer and Affirmative Defenses on October 11, 2011;

WHEREAS Defendant Boris Mizhen filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on October 11, 2011, which matter is now set for hearing on January 26, 2012;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate as follows:

1. Defendant Boris Mizhen is dismissed from Plaintiff's Complaint, without prejudice, each side to bear its or his own costs and attorney's fees;

2. Defendant Boris Mizhen's Motion to Dismiss currently set for hearing on January 26, 2012 is hereby withdrawn and the hearing removed from the Court's calendar.

Dated: November 22, 2011          STEYER LOWENTHAL BOODROOKAS
                                   ALVAREZ & SMITH LLP

                                  By:  /s/  *Edward Egan Smith*
                                       Edward Egan Smith
                                       Attorneys for Plaintiff
                                       LeadClick Media, Inc.

Dated: November 22, 2011          AOKI LAW PLLC

                                  By:  /s/  *Russell M. Aoki*
                                       Russell M. Aoki
                                       Attorneys for Defendants
                                       Leanspa, LLC, Nutraslim UK Ltd.,
                                       Nutraslim, LLC, Newage Opt In Inc.,
                                       Media Network, Inc., and Boris Mizhen

- 1 -

## **ORDER**

Pursuant to the stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendant Boris Mizhen is dismissed from Plaintiff's Complaint, without prejudice, each side to bear its or his own costs and attorney's fees;

2. Defendant Boris Mizhen's Motion to Dismiss currently set for hearing on January 26, 2012 is hereby withdrawn and the hearing removed from the Court's calendar.

DATED: _____ _____
Magistrate Judge Donna M. Ryu