UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEADCLICK MEDIA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>LEANSPA LLC,<br><br>    Defendant(s).<br>_____/ | No. C-11-04423-DMR<br><br>**ORDER DISMISSING DEFENDANT MIZHEN WITHOUT PREJUDICE AND DISMISSING HIS MOTION TO DISMISS AS MOOT** |

Pursuant to the stipulation of the parties hereto, and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendant Boris Mizhen is dismissed from Plaintiff's Complaint, without prejudice, each side to bear its or his own costs and attorney's fees;

2. Defendant Boris Mizhen's Motion to Dismiss currently set for hearing on January 26, 2012 is hereby withdrawn and the hearing removed from the Court's calendar.

IT IS SO ORDERED.

Dated: November 22, 2011



DONNA M. RYU
United States Magistrate Judge