UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEADCLICK MEDIA,   No. C-11-04423 DMR

    Plaintiff(s),   **ORDER OF DISMISSAL**

  v.

LEANSPA LLC,

    Defendant(s).
_____/

The court orders the administrative closure of this case. The parties shall reopen the case by filing a joint status report within seven days of the conclusion of the temporary receivership ordered by the U.S. District Court for the District of Connecticut.

IT IS SO ORDERED.

Dated: December 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge